AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

ZURICH AMERICAN INSURANCE COMPANY, as successor by merger to MARYLAND CASUALTY COMPANY )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 8:16 cv 729 T 33 EAJ
EUROPEAN TILE AND FLOORS, INC., and ROBERT A. DALZELL, INC. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EUROPEAN TILE & FLOORS, INC.
MARK ELLIS, as Registered Agent
18652 AVENUE CAPRI
LUTZ, FL 33558

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KRISTINA L. MARSH, ESQUIRE
HINSHAW & CULBERTSON, LLP
100 SOUTH ASHLEY DRIVE, SUITE 500
TAMPA, FL 33607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 24 2016

*Signature of Clerk or Deputy Clerk*