UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZURICH AMERICAN INSURANCE
COMPANY, as successor by merger to
MARYLAND CASUALTY COMPANY,

    Plaintiff,

v.                                          Case No: 8:16-cv-729-T-AAS

EUROPEAN TILE AND FLOORS, INC., and
ROBERT A. DALZELL, INC.

    Defendants.
_____/

## ORDER

    This matter is before the Court sua sponte.  The parties consented to the undersigned's jurisdiction.  (Docs. 80, 81).  Upon consideration, it is **ORDERED** that the case management deadlines, as well as all pretrial submission deadlines, established by the Case Management and Scheduling Order (Doc. 34) entered by the Honorable Virginia M. Hernandez Covington, United States District Judge, are temporarily stayed.  The Final Pretrial Conference scheduled for June 15, 2017, at 9:00 a.m., is converted to a telephonic status conference.  The parties should be prepared to discuss proposed trial dates and related case deadlines at the status conference.  To access the conference, the parties shall call 888-808-6929.  When prompted, enter access code 2487394.  Please call from a landline.

    **DONE and ORDERED** in Tampa, Florida on this 9th day of June, 2017.

*Amanda Arnold Sansone*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge